UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

JULIA M. FLOREZ,

                  Plaintiff,

    -v-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/7/2026___

25-cv-7145 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Pursuant to 28 U.S.C. § 636(c), the parties are informed that if they so wish, they may consent to Magistrate Judge Stein conducting any or all proceedings in this matter, including ordering the entry of judgment. The parties are free to withhold consent without adverse consequences. *Id.* The decision of the parties shall be communicated to the Clerk of Court. *Id.*

    SO ORDERED.

Dated: January 7, 2026
      New York, New York

_____
           LEWIS J. LIMAN
       United States District Judge